*Andrew J. McDonald* and *Peter S. Olson*, in opposition.

Decided December 19, 2002

EDDIE PLAYER *v.* COMMISSIONER OF CORRECTION

*James M. Fox*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided December 19, 2002

STATE OF CONNECTICUT *v.* JAMES DIXON

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Donald J. O'Brien*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* MICHAEL A. YOUNG

*Kent Drager*, senior assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* CURTIS SMITH

*Carlos E. Candal*, special public defender, in support of the petition.

*Joseph J. Harry*, senior assistant state's attorney, in opposition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* IRVIN D. ROSE

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*James M. Fox*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided December 30, 2002